# EXHIBIT "A"

Filing # 48581754 E-Filed 11/07/2016 01:56:07 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

DARLENE FOLEY and
EDWARD FOLEY, her husband,

CASE NO: _____

      Plaintiffs,

vs.

SHARON R HILL and
ALBERT FRANKLIN HILL,

      Defendants.
_____/

## COMPLAINT

The Plaintiffs, DARLENE FOLEY and EDWARD FOLEY, her husband, by and through their undersigned attorney, hereby sues the Defendants, SHARON R HILL and ALBERT FRANKLIN HILL, jointly and severally and states:

### GENERAL ALLEGATIONS

1. That this is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00).

2. That at all times material hereto, the Defendants, SHARON R HILL and ALBERT FRANKLIN HILL, were residents of the State of Florida or since September 4, 2015, have become non-residents of the State of Florida or residents of the State of Florida who have been and presently are concealing their whereabouts.

3. That on or about September 4, 2015, the Defendant, SHARON R HILL, was the owner of 2006 Chevrolet which was operated with consent by the

Defendant, ALBERT FRANKLIN HILL, on 66th Street North at or near the intersection of Dartmouth Avenue North, Pinellas County, Florida.

4. That at said time and place, the Defendant, ALBERT FRANKLIN HILL, did operate, maintain and/or control the motor vehicle in such a negligent manner so as to cause said motor vehicle to collide with the vehicle driven by Plaintiff, DARLENE FOLEY.

## COUNT I
### (active negligence of driver)

5. The Plaintiffs, DARLENE FOLEY and EDWARD FOLEY, her husband, reiterates and realleges all of the allegations contained in paragraphs 1 through 4 of this Complaint as though restated herein.

6. That as a direct and proximate result of the negligence of the Defendant, ALBERT FRANKLIN HILL, the Plaintiff, DARLENE FOLEY, has suffered in the past and will continue to suffer in the future the following damages:

    a. permanent personal injuries within a reasonable degree of medical probability;

    b. pain and suffering;

    c. disability;

    d. disfigurement;

    e. mental anguish;

    f. loss of capacity for the enjoyment of life;

    g. loss of earnings, past, present, and future;

    h. loss of earning capacity;

      i.     medical expenses for the care and treatment of her injuries;

      j.     costs related to diagnostic testing;

      k.     aggravation of a pre-existing condition.

7. The injuries consist in whole or in part of a significant and permanent loss of important bodily functions, and a permanent injury within a reasonable degree of medical probability, and significant and permanent scarring or disfigurement. However, should it be determined that any such bodily injuries are not permanent, then Plaintiff, DARLENE FOLEY, claims entitlement to all damages resulting from non-permanent injuries sustained and which are based upon benefits therefore not paid by Personal Injury Protection (No Fault benefits).

WHEREFORE, the Plaintiff, DARLENE FOLEY, demands judgment against the Defendant, ALBERT FRANKLIN HILL, for damages, post-judgment interest, costs of these proceedings and further demands a trial by jury on all issues so triable.

### COUNT II
### (vicarious liability of owner)

8. The Plaintiffs, DARLENE FOLEY and EDWARD FOLEY, her husband, reiterates and realleges all of the allegations contained in paragraphs 1 through 4 of this Complaint as though restated herein.

9. That on or about September 4, 2015, the Defendant, ALBERT FRANKLIN HILL, operated the motor vehicle with the knowledge and consent of the Defendant, SHARON R HILL.

3

10. That as owner of said motor vehicle, the Defendant, SHARON R HILL, is vicariously liable for the negligence of her permissive driver, the Defendant, ALBERT FRANKLIN HILL, under Florida's Dangerous Instrumentality Doctrine.

11. That as a direct and proximate result of the negligence of the Defendant, SHARON R HILL, the Plaintiff, DARLENE FOLEY, has suffered in the past and will continue to suffer in the future the following damages:

    a. permanent personal injuries within a reasonable degree of medical probability;

    b. pain and suffering;

    c. disability;

    d. disfigurement;

    e. mental anguish;

    f. loss of capacity for the enjoyment of life;

    g. loss of earnings, past, present, and future;

    h. loss of earning capacity;

    i. medical expenses for the care and treatment of her injuries;

    j. costs related to diagnostic testing;

    k. aggravation of a pre-existing condition.

12. The injuries consist in whole or in part of a significant and permanent loss of important bodily functions, and a permanent injury within a reasonable degree of medical probability, and significant and permanent scarring or disfigurement. However, should it be determined that any such

bodily injuries are not permanent, then Plaintiff, DARLENE FOLEY, claims entitlement to all damages resulting from non-permanent injuries sustained and which are based upon benefits therefore not paid by Personal Injury Protection (No Fault benefits).

WHEREFORE, the Plaintiff, DARLENE FOLEY, demands judgment against the Defendant, SHARON R HILL, for damages, post-judgment interest, costs of these proceedings and further demands a trial by jury on all issues so triable.

## COUNT III
### (property damage against owner, and driver)

13. The Plaintiff, EDWARD FOLEY, reiterates and realleges all of the allegations contained in paragraphs 1 through 4, of this Complaint as though restated herein.

14. That as a direct and proximate result of the above-described negligence of the Defendants, SHARON R HILL and ALBERT FRANKLIN HILL, the Plaintiff, EDWARD FOLEY, suffered property damage to his vehicle and the loss of use of said motor vehicle. Furthermore, said motor vehicle depreciated in value after said accident, and the Plaintiff did have losses sustained by the towing and storage of said vehicle.

WHEREFORE, the Plaintiff, EDWARD FOLEY, demands judgment against the Defendants, SHARON R HILL and ALBERT FRANKLIN HILL, for damages, post-judgment interest, costs of these proceedings and further demands a trial by jury on all issues so triable.

## COUNT IV
## LOSS OF CONSORTIUM

15. The Plaintiff, EDWARD FOLEY, reiterates and realleges all of the allegations contained in paragraphs 1 through 4, of this Complaint as though restated herein.

16. At all times material hereto, plaintiffs were married and residing together, and enjoying a family relationship.

17. That as a direct and proximate result of the negligence of Defendants, SHARON R HILL and ALBERT FRANKLIN HILL, Plaintiff, EDWARD FOLEY, has suffered a loss of companionship, affection, society, and consortium of his wife, DARLENE FOLEY, and he has been and will continue to be deprived of the services and consortium of his wife in the future.

WHEREFORE, Plaintiff, EDWARD FOLEY, demands judgment against Defendants, SHARON R HILL and ALBERT FRANKLIN HILL, for damages, post-judgment interest, costs of these proceedings, and further demands a trial by jury on all issues so triable.

_____
TIMOTHY F. PRUGH, ESQUIRE
PRUGH & ASSOCIATES, P.A.
1009 West Platt Street
Tampa, Florida 33606
(813) 251-3548
Prugh.efile@prughlaw.com
Florida Bar Number: 138714
Attorney for Plaintiffs